## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION** | **MDL No. 1:15-md-2657-FDS** |
| **This Document Relates To:** | |
| E.D., a minor by and through her parents, Jennifer Dye and Ernest Dye, and Jennifer Dye and Ernest Dye, individually | |
| **PLAINTIFFS,** | **SHORT FORM COMPLAINT AND JURY DEMAND GENERIC ONDANSETRON USE** |
| **v.** | |
| GLAXOSMITHKLINE, LLC | |
| **DEFENDANTS.** | |

### MASTER SHORT FORM COMPLAINT AND JURY DEMAND
### GENERIC ONDANSETRON USE

Plaintiffs incorporate by reference Plaintiffs' Generic Long Form Master Complaint and Jury Demand filed in *In Re Zofran® Products Liability Litigation* in the United States District Court for the District of Massachusetts, filed as No. 256 on the Master Docket. Pursuant to Case Management Order No. 14, the following Generic Short Form Complaint encompasses Plaintiffs' claims as adopted from the Generic Master Long Form Complaint in the above-captioned action.

Plaintiffs select and indicate by checking boxes where requested, parties and claims specific to this case. As necessary, Plaintiffs include: (a) additional claims against the Defendant(s) listed in paragraph 1, which are set forth in paragraph 12, and the supporting facts

for which are alleged in paragraph 13 or on an additional sheet attached to this Complaint, and/or (b) claims pleaded against additional defendants not listed in the Generic Long Form Master Complaint, which are set forth in paragraph 14 and the supporting facts for which are alleged in paragraph 14 or on an additional sheet attached to this Complaint.

Plaintiffs, by and through counsel, allege as follows:

## I.    DEFENDANTS

1. Plaintiffs name the following Defendants in this action **[check only those that apply]**:

   ☑ **GLAXOSMITHKLINE LLC**

   ☐ **NOVARTIS PHARMACEUTICALS CORPORATION (FOR CLAIMS ARISING FROM ONDANSETRON INGESTION ON OR AFTER MARCH 23, 2015)**

## II.    PLAINTIFFS

2. Plaintiffs are bringing these claims:

   ☑ **Individually and on behalf of the minor child; or**

   ☐ **On behalf of the minor child only**

due to injuries caused by prenatal exposure to <u>ondansetron and/or ondansetron hydrochloride</u> (hereinafter, "ondansetron"), as described in greater detail below.

3. Plaintiff, <u>Jennifer Dye</u>                    , is the **[check all that apply]**:

   ☑ biological mother

   ☐ biological father

   ☐ legal guardian

   ☐ personal representative of the Estate

of minor child <u>E.D.</u>, (initials only) and is an individual who is domiciled at <u>8141 Scruggs, Germantown, Tennessee  38138</u>                    .

2

4.  Plaintiff, <u>Ernest Dye</u>         , is the **[check all that apply]**:

        ☐ biological mother

        ■ biological father

        ☐ legal guardian

        ☐ personal representative of the Estate

of minor child <u>E.D.</u>, (initials only) and is an individual who is domiciled at

<u>8141 Scruggs, Germantown, Tennessee 38138</u>.

5.  Minor child <u>E.D.</u> (initials only) was born in 2009 ▾ (year only) in Tennessee ▾

(state of birth).

## III.    <u>ONDANSETRON INGESTION</u>

6.  Mother of minor child ingested <u>ondansetron</u> during pregnancy with minor child

during the following trimester(s) **[check all that apply]**:

        ■ **1ST TRIMESTER**

        ■ **2ND TRIMESTER**

        ☐ **3RD TRIMESTER**

## IV.    <u>PRODUCT IDENTIFICATION</u>

7.  Plaintiffs allege use of the following form(s) of administration of <u>ondansetron</u>

**[check all that apply]**:

        ■ **ORAL TABLETS**

        ☐ **ORALLY DISINTEGRATING TABLET**

        ☐ **INJECTABLE OR I.V. SOLUTION**

        ☐ **ORAL SOLUTION**

        ☐ **OTHER:** _____

8.    Plaintiffs allege that <u>ondansetron</u> was ingested in the following state(s):

Tennessee _____ .

9.    [Complete only for Complaints directly filed in the MDL Court.] Identify the U.S. federal district court and if applicable, the division, in which Plaintiff would have filed in the absence of an MDL: Western District of Tennessee _____

## V.    **PHYSICAL INJURY**

10.    Minor child alleges the following injury(ies) as a result of prenatal exposure to <u>ondansetron</u> [specify all that apply]:

Oral malformations, including cleft lip and supernumerary teeth.

11.    Plaintiffs allege the following injury(ies) to themselves as a result of minor child's prenatal exposure to <u>ondansetron</u> [specify all that apply]:

Deprivation of the full society, love, affection, companionship, care and service of their minor child, as well as suffered financial injury, which is still ongoing.

## VI.    CLAIMS/COUNTS

12.    The following claims asserted in the Generic Master Long Form Complaint, and the allegations with regard thereto in the Generic Master Long Form Complaint, are adopted in this Generic Short Form Complaint by reference:

| Check if Applicable | Count Number | Claims |
|---|---|---|
| ■ | I | Negligence |
| ■ | II | Negligent Misrepresentation |
| ■ | III | Negligent Undertaking |
| ■ | IV | Negligence Per Se |
| ☐ | V | Fraudulent Misrepresentation and Concealment |
| ☐ | VI | Violations of Consumer Protection Laws [Specify the laws allegedly violated:] |
| ☐ | VII | Wrongful Death |
| ☐ | VIII | Survival Action |
| ■ | IX | Loss of Consortium |
| ■ | X | Punitive Damages |
| ☐ | XI | Other(s): [Specify] |

13.     If additional claims against the Defendants identified in the Generic Master Long Form Complaint are alleged in paragraph 12, the facts supporting these allegations must be pleaded.  Plaintiffs assert the following factual allegations against the Defendants identified in the Generic Master Long Form Complaint:

14.     Plaintiffs assert the following additional claims and factual allegations against other Defendants (must name defendant and its alleged citizenship):

**WHEREFORE,** Plaintiffs pray for relief as set forth in the Plaintiffs' Generic Master Long Form Complaint in *In Re Zofran® Products Liability Litigation* in the United States District Court for the District of Massachusetts.

Dated: 12/01/2017

/s/ John R. Holton

*Attorney for Plaintiffs*

John R. Holton
jholton@holtonlaw.com
Holton Law Firm, PLLC
296 Washington Avenue
Memphis, TN 38103